IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : | Consolidated Under MDL DOCKET NO. 875 |
| CERTAIN PLAINTIFFS | : | |
| v. | : | |
| CERTAIN DEFENDANTS | : | |

FILED
OCT 14 2009
MICHAEL E. KUNZ, Clerk
By__________Dep. Clerk

**O R D E R**

**AND NOW**, this **6th** day of **October 2009**, it is hereby **ORDERED** that all defendants in the cases listed in Exhibit "A", attached, are dismissed without prejudice for lack of prosecution.

**AND IT IS SO ORDERED.**

EDUARDO C. ROBRENO, J.

EXHIBIT "A"

| E.D. PA. Case No. | Plaintiff's Name | Transferor D. Ct. |
|---|---|---|
| 2:07-cv-63433-ER | JOSEPH DESMET | NH |
| 2:07-cv-63433-ER | AGNES DESMET | NH |
| 2:07-cv-63455-ER | JOHN VISCO | NH |
| 2:07-cv-63455-ER | MARY VISCO | NH |
| 2:07-cv-63472-ER | DONNA ROBERTS | NH |
| 2:07-cv-63472-ER | STEWART ROBERTS | NH |
| 2:07-cv-63476-ER | BETTY PERLEY | NH |
| 2:07-cv-63482-ER | VIOLET VIEN | NH |
| 2:07-cv-63482-ER | RICHARD VIEN | NH |
| 2:07-cv-63491-ER | DENIS LABBE | NH |
| 2:07-cv-63491-ER | GISELLE LABBE | NH |
| 2:07-cv-63491-ER | YVAN LABBE | NH |
| 2:07-cv-64596-ER | DOROTHY DAIGLE | NH |
| 2:07-cv-64596-ER | EDMOND DAIGLE | NH |
| 2:07-cv-64598-ER | WILLIAM MURRAY | NH |
| 2:07-cv-64598-ER | ELIZABETH MURRAY | NH |
| 2:07-cv-64605-ER | GLENDA PEARSON | NH |
| 2:07-cv-64605-ER | WILLIAM PEARSON | NH |
| 2:07-cv-64669-ER | LINDA BARKER | NH |
| 2:07-cv-64669-ER | EDWARD BARKER | NH |
| 2:07-cv-64576-ER | MARILYN MAGGIO | RI |
| 2:09-cv-62637-ER | MICHELINE MOORE | RI |
| 2:09-cv-62638-ER | HELEN DOCHERTY | RI |
| 2:09-cv-60068-ER | DIANE FEELEY | RI |
| 2:09-cv-60068-ER | THOMAS FEELEY | RI |
| 2:07-cv-63708-ER | BETTY TATE | RI |
| 2:07-cv-63710-ER | CLIFF LEVITT | RI |
| 2:07-cv-64607-ER | JACQUELINE MARTIN | NH |
| 2:07-cv-63935-ER | LULA HUGHES | ME |
| 2:07-cv-63935-ER | RAY HUGHES | ME |
| 2:07-cv-63918-ER | JOHN KOSTER | ME |
| 2:07-cv-63918-ER | REGINA KOSTER | ME |
| 2:07-cv-63905-ER | RICHARD MIDDAUGH | ME |
| 2:07-cv-63905-ER | SHIRLEY MIDDAUGH | ME |
| 2:07-cv-63906-ER | ROLAND MORIN | ME |
| 2:07-cv-63906-ER | JOAN MORIN | ME |
| 2:07-cv-63892-ER | RONALD MORIN | ME |
| 2:07-cv-63892-ER | GAIL MORIN | ME |
| 2:07-cv-63848-ER | FREDERICK WASHBURN | ME |
| 2:09-cv-72134-ER | MARGARET CHAKARIAN | MA |
| 2:09-cv-72121-ER | HELEN LOUGHLIN | MA |
| 2:09-cv-72121-ER | BERNARD LOUGHLIN | MA |
| 2:09-cv-70115-ER | LYNN MONTERO | MA |

| | | |
|---|---|---|
| 2:07-cv-64393-ER | TAMMY NEWTON | MA |
| 2:07-cv-64393-ER | RICHARD NEWTON | MA |
| 2:07-cv-64394-ER | MICHAEL D'INDIA | MA |
| 2:07-cv-64395-ER | LAURIE COLLINS | MA |
| 2:07-cv-64395-ER | DANIEL COLLINS | MA |
| 2:07-cv-64395-ER | KERI COLLINS | MA |
| 2:07-cv-64395-ER | CAROLYN COLLINS | MA |
| 2:07-cv-64395-ER | ROBERT COLLINS | MA |
| 2:07-cv-64361-ER | LEON BOISVERT | MA |
| 2:07-cv-64362-ER | JEANETTE GOODMAN | MA |
| 2:07-cv-64363-ER | JOSEPH TOMASELLI | MA |
| 2:07-cv-64364-ER | CARMELLA FIORE | MA |
| 2:07-cv-64365-ER | NICHOLAS RICCI | MA |
| 2:07-cv-64366-ER | ERIC CARTER | MA |
| 2:07-cv-64366-ER | MARSHA CARTER | MA |
| 2:07-cv-64367-ER | ELAINE GIGUERE | MA |
| 2:07-cv-64368-ER | JOAN ONORATO | MA |
| 2:07-cv-64369-ER | RICHARD MCADAM | MA |
| 2:07-cv-64371-ER | MARGARET TIGHE | MA |
| 2:07-cv-64372-ER | JOHN MCDERMOTT | MA |
| 2:07-cv-64373-ER | PHYLLIS WALSH | MA |
| 2:07-cv-64374-ER | HILARY DOMBROWSKI | MA |
| 2:07-cv-64375-ER | MARY PICARD | MA |
| 2:07-cv-64377-ER | PATRICIA WIERBOWICZ | MA |
| 2:07-cv-64377-ER | PHILIP WIERBOWICZ | MA |
| 2:07-cv-64378-ER | GLORIA KINGSLEY | MA |
| 2:07-cv-64379-ER | JOSEPH COSTA | MA |
| 2:07-cv-64379-ER | ELEANOR COSTA | MA |
| 2:07-cv-64381-ER | LAURA FERRIS | MA |
| 2:07-cv-64381-ER | WENZEL FERRIS | MA |
| 2:07-cv-64382-ER | MARGARET CHAKARIAN | MA |
| 2:07-cv-64382-ER | THELMA SNYDER | MA |
| 2:07-cv-64382-ER | FLOYD SNYDER | MA |
| 2:07-cv-64383-ER | GORDON CROSS | MA |
| 2:07-cv-64385-ER | THERESA SHAMON | MA |
| 2:07-cv-64387-ER | MADELINE DYER | MA |
| 2:07-cv-64389-ER | MICHAEL LEVESQUE | MA |
| 2:07-cv-64390-ER | NORMAN MORENCY | MA |
| 2:07-cv-64391-ER | JOSEPH LINSKEY | MA |
| 2:07-cv-64301-ER | ELAINE SHEEHAN | MA |
| 2:07-cv-64301-ER | THOMAS SHEEHAN | MA |
| 2:07-cv-64302-ER | IDA PELLETIER | MA |
| 2:07-cv-64303-ER | DOROTHY STRUBLE | MA |
| 2:07-cv-64303-ER | ROBERT STRUBLE | MA |
| 2:07-cv-64304-ER | JOSEPH CROSBY | MA |
| 2:07-cv-64304-ER | HILDA CROSBY | MA |
| 2:07-cv-64305-ER | PAULINE BAXTER | MA |
| 2:07-cv-64306-ER | JOHN YANCOVITZ | MA |
| 2:07-cv-64307-ER | JOSEPH BRUNO | MA |
| 2:07-cv-64308-ER | GEORGE PENTA | MA |
| 2:07-cv-64309-ER | PAULINE BAXTER | MA |
| 2:07-cv-64310-ER | PETER NARDONE | MA |

| | | |
|---|---|---|
| 2:07-cv-64310-ER | STEPHEN NARDONE | MA |
| 2:07-cv-64311-ER | ROSALIE GIANGREGORIO | MA |
| 2:07-cv-64313-ER | ELLIOT VELLEMAN | MA |
| 2:07-cv-64314-ER | MARTIN MARCUS | MA |
| 2:07-cv-64314-ER | BARBARA MARCUS | MA |
| 2:07-cv-64315-ER | MARY RICE | MA |
| 2:07-cv-64315-ER | WILLIAM RICE | MA |
| 2:07-cv-64316-ER | CONSTANCE PEMBERTON | MA |
| 2:07-cv-64318-ER | GRACE FLORIO | MA |
| 2:07-cv-64320-ER | NICHOLAS NUZZO | MA |
| 2:07-cv-64320-ER | MARION NUZZO | MA |
| 2:07-cv-64321-ER | MARY RIGO | MA |
| 2:07-cv-64322-ER | WILLIAM BLACKBURN | MA |
| 2:07-cv-64322-ER | JEANNE BLACKBURN | MA |
| 2:07-cv-64323-ER | FRANCIS POWERS | MA |
| 2:07-cv-64323-ER | CATHERINE POWERS | MA |
| 2:07-cv-64325-ER | CELESTE STAFFIERI | MA |
| 2:07-cv-64325-ER | DANIEL STAFFIERI | MA |
| 2:07-cv-64326-ER | ANTHONY CILIBERTO | MA |
| 2:07-cv-64327-ER | JOHN LACERDO | MA |
| 2:07-cv-64329-ER | DORIS ARON | MA |
| 2:07-cv-64329-ER | ROBERT ARON | MA |
| 2:07-cv-64332-ER | BARBARA VALENTI | MA |
| 2:07-cv-64332-ER | LOUIS VALENTI | MA |
| 2:07-cv-64333-ER | VERONICA BERTOZZI | MA |
| 2:07-cv-64334-ER | ROBIN BAYLEY | MA |
| 2:07-cv-64334-ER | VIRGINIA MAGURA | MA |
| 2:07-cv-64335-ER | JOHN SPARTOS | MA |
| 2:07-cv-64335-ER | STELLA SPARTOS | MA |
| 2:07-cv-64336-ER | MERLE DAVID | MA |
| 2:07-cv-64338-ER | WALTER TATRO | MA |
| 2:07-cv-64338-ER | HELEN TATRO | MA |
| 2:07-cv-64339-ER | LAURETTA ORNELLAS | MA |
| 2:07-cv-64340-ER | CHARLES TOMKEWICZ | MA |
| 2:07-cv-64340-ER | DOROTHY TOMKEWICZ | MA |
| 2:07-cv-64343-ER | MARY O'NEILL | MA |
| 2:07-cv-64343-ER | DANIEL O'NEILL | MA |
| 2:07-cv-64344-ER | JEANNE BLATON | MA |
| 2:07-cv-64345-ER | IRENE HOVER | MA |
| 2:07-cv-64349-ER | DEBRA GABOWITZ | MA |
| 2:07-cv-64351-ER | CONCETTA PRUDENTE | MA |
| 2:07-cv-64352-ER | CAROL SVEDBERG | MA |
| 2:07-cv-64352-ER | LOUIS COMEAU | MA |
| 2:07-cv-64353-ER | FILOTEO NASUTI | MA |
| 2:07-cv-64353-ER | ROSA NASUTI | MA |
| 2:07-cv-64355-ER | ALEXANDER MURPHY | MA |
| 2:07-cv-64356-ER | NICHOLAS CONTOS | MA |
| 2:07-cv-64357-ER | CLAIRE COLLINS | MA |
| 2:07-cv-64121-ER | RICHARD ORNELLAS | MA |
| 2:07-cv-64121-ER | TIMOTHY ORNELLAS | MA |
| 2:07-cv-64121-ER | WILLIAM ORNELLAS | MA |
| 2:07-cv-64122-ER | RAYMOND MAYNARD | MA |

| | | |
|---|---|---|
| 2:07-cv-64122-ER | JOANNE MAYNARD | MA |
| 2:07-cv-64040-ER | CHARLOTTE VEAZIE | MA |
| 2:07-cv-64040-ER | WILLIAM VEAZIE | MA |
| 2:07-cv-64042-ER | TRUE BATES | MA |
| 2:07-cv-64043-ER | GORDON HANNAFORD | MA |
| 2:07-cv-64043-ER | NORA HANNAFORD | MA |
| 2:07-cv-64045-ER | MICHAEL BERGERON | MA |
| 2:07-cv-64046-ER | PATRICIA SANTANGELO | MA |
| 2:07-cv-64047-ER | JOHN DAVIS | MA |
| 2:07-cv-64048-ER | CORNELIUS WOOL | MA |
| 2:07-cv-64048-ER | ELIZABETH WOOL | MA |
| 2:07-cv-64049-ER | PHYLLIS DILIDDO | MA |
| 2:07-cv-64052-ER | MURIEL PARKER | MA |
| 2:07-cv-64052-ER | BERNARD PARKER | MA |
| 2:07-cv-64053-ER | BEVERLY QUINN | MA |
| 2:07-cv-64054-ER | CHARLES BERGERON | MA |
| 2:07-cv-64055-ER | JAMES LEAHY | MA |
| 2:07-cv-64055-ER | ELIZABETH LEAHY | MA |
| 2:07-cv-64056-ER | ANNE WELDON | MA |
| 2:07-cv-64058-ER | ANNA PACIOUS | MA |
| 2:07-cv-64059-ER | CHRISTINE TREMBLAY | MA |
| 2:07-cv-64059-ER | JEANNE TREMBLAY | MA |
| 2:07-cv-64059-ER | ALBERT TREMBLAY | MA |
| 2:07-cv-64059-ER | ERIC TREMBLAY | MA |
| 2:07-cv-64060-ER | MARION RENK | MA |
| 2:07-cv-64060-ER | CLARENCE RENK | MA |
| 2:07-cv-64061-ER | IRENE HOLMES | MA |
| 2:07-cv-64062-ER | SHANA FARRELL | MA |
| 2:07-cv-64062-ER | MAURA FARRELL | MA |
| 2:07-cv-64062-ER | ERIC FARRELL | MA |
| 2:07-cv-64063-ER | BARBARA CLEMENT | MA |
| 2:07-cv-64066-ER | HELEN CHEVERIE | MA |
| 2:07-cv-64066-ER | WILLIAM CHEVERIE | MA |
| 2:07-cv-64067-ER | MATTHEW TWOMEY | MA |
| 2:07-cv-64067-ER | IRENE TWOMEY | MA |
| 2:07-cv-64068-ER | RAYMOND MICHAUD | MA |
| 2:07-cv-64068-ER | JANICE MICHAUD | MA |
| 2:07-cv-64069-ER | FRANK WELCOME | MA |
| 2:07-cv-64070-ER | SANDRA GERMANO | MA |
| 2:07-cv-64070-ER | BLAISE GERMANO | MA |
| 2:07-cv-64071-ER | FRANCIS GENIS | MA |
| 2:07-cv-64071-ER | EDWARD GENIS | MA |
| 2:07-cv-64072-ER | AMIELA BELISLE | MA |
| 2:07-cv-64072-ER | PAUL BELISLE | MA |
| 2:07-cv-64073-ER | FRANCES FELICE | MA |
| 2:07-cv-64073-ER | ERNEST FELICE | MA |
| 2:07-cv-64074-ER | RICHARD MARINO | MA |
| 2:07-cv-64075-ER | ANN PATCHETT | MA |
| 2:07-cv-64076-ER | PATRICIA VARNERIN | MA |
| 2:07-cv-64077-ER | CHARLES CRAWFORD | MA |
| 2:07-cv-64078-ER | MARRION JOYCE | MA |
| 2:07-cv-64078-ER | PETER JOYCE | MA |

| | | |
|---|---|---|
| 2:07-cv-64080-ER | DOMENIC PAONE | MA |
| 2:07-cv-64080-ER | ANGELA PAONE | MA |
| 2:07-cv-64081-ER | ESTATE E. H. JONES | MA |
| 2:07-cv-64081-ER | JANE JONES | MA |
| 2:07-cv-64082-ER | ESTATE OF D. RICCIARDI | MA |
| 2:07-cv-64082-ER | RICHARD RICCIARDI | MA |
| 2:07-cv-64083-ER | HOMER HILEMAN | MA |
| 2:07-cv-64084-ER | PHILAMENA FELICE | MA |
| 2:07-cv-64084-ER | LOUIS FELICE | MA |
| 2:07-cv-64086-ER | ROBERT LARSEN | MA |
| 2:07-cv-64086-ER | DONALD LARSEN | MA |
| 2:07-cv-64087-ER | JUDITH RYAN | MA |
| 2:07-cv-64087-ER | CHARLES RYAN | MA |
| 2:07-cv-64088-ER | ROLAND NINTEAU | MA |
| 2:07-cv-64089-ER | FREDERICK SWANSON | MA |
| 2:07-cv-64090-ER | EDWARD VALLIS | MA |
| 2:07-cv-64090-ER | LINDA VALLIS | MA |
| 2:07-cv-64091-ER | JOSEPH T. LYNCH | MA |
| 2:07-cv-64092-ER | WALTER AHAM | MA |
| 2:07-cv-64092-ER | PETER AHAM | MA |
| 2:07-cv-64093-ER | RITA BARRETT | MA |
| 2:07-cv-64093-ER | DAVID BARRETT | MA |
| 2:07-cv-64094-ER | WILLIAM SHEA | MA |
| 2:07-cv-64094-ER | MAJORIE SHEA | MA |
| 2:07-cv-64095-ER | ROBERT QUIN | MA |
| 2:07-cv-64095-ER | MADELINE QUIN | MA |
| 2:07-cv-64096-ER | BEATRICE GAMRIN | MA |
| 2:07-cv-64097-ER | ETHEL LUNN | MA |
| 2:07-cv-64097-ER | HAROLD LUNN | MA |
| 2:07-cv-64098-ER | EMIL GODEK | MA |
| 2:07-cv-64099-ER | ELEANOR FANEUFF | MA |
| 2:07-cv-64100-ER | ARTHUR DOYLE | MA |
| 2:07-cv-64100-ER | DORIS DOYLE | MA |
| 2:07-cv-64101-ER | JAMES DUGGAN | MA |
| 2:07-cv-64101-ER | WINIFRED DUGGAN | MA |
| 2:07-cv-64102-ER | RAYMOND STRUTHERS | MA |
| 2:07-cv-64103-ER | MARIE ANDERSON | MA |
| 2:07-cv-64104-ER | JOHN TWOMEY | MA |
| 2:07-cv-64104-ER | MARJORIE TWOMEY | MA |
| 2:07-cv-64105-ER | ELIZABETH BOWNESS | MA |
| 2:07-cv-64105-ER | ARTHUR BOWNESS | MA |
| 2:07-cv-64106-ER | CYNTHIA GALLAGHER | MA |
| 2:07-cv-64107-ER | RITA CAMPBELL | MA |
| 2:07-cv-64107-ER | FRANCIS CAMPBELL | MA |
| 2:07-cv-63998-ER | DOROTHY DIMOND | MA |
| 2:07-cv-63998-ER | ROBERT DIMOND | MA |
| 2:07-cv-63999-ER | JOHN DESANTIS | MA |
| 2:07-cv-63999-ER | AMELIA DESANTIS | MA |
| 2:07-cv-64000-ER | FLORENCE ZUNINO | MA |
| 2:07-cv-64000-ER | JOSEPH ZUNINO | MA |
| 2:07-cv-64001-ER | BERTHA GIORDANO | MA |
| 2:07-cv-64002-ER | GOERGE PENNY | MA |

| | | |
|---|---|---|
| 2:07-cv-64002-ER | MARION PENNY | MA |
| 2:07-cv-64003-ER | ANNETTE ACCARRINO | MA |
| 2:07-cv-64003-ER | PAUL ACCARRINO | MA |
| 2:07-cv-64004-ER | VERA BARYS | MA |
| 2:07-cv-64005-ER | ROBERT WELCH | MA |
| 2:07-cv-64005-ER | BEVERLY MASTRANGELO | MA |
| 2:07-cv-64005-ER | ANGELO MASTRANGELO | MA |
| 2:07-cv-64005-ER | PATRICIA HOWINGTON | MA |
| 2:07-cv-64005-ER | JAMES HOWINGTON | MA |
| 2:07-cv-64005-ER | JOSEPH LINSKEY | MA |
| 2:07-cv-64005-ER | MARGARET LINSKEY | MA |
| 2:07-cv-64005-ER | ROSE MORENCY | MA |
| 2:07-cv-64005-ER | MARY WELCH | MA |
| 2:07-cv-64006-ER | TAMMY NEWTON | MA |
| 2:07-cv-64006-ER | CAROL NEWTON | MA |
| 2:07-cv-64006-ER | RICHARD NEWTON | MA |
| 2:07-cv-64006-ER | HERBERT NEWTON | MA |
| 2:07-cv-64006-ER | LILLIAN MALOOF | MA |
| 2:07-cv-64006-ER | FLORENCE DAVIS | MA |
| 2:07-cv-64006-ER | PHILLIP MALOOF | MA |
| 2:07-cv-64006-ER | CYNTHIA NEWTON | MA |
| 2:07-cv-64006-ER | WILLIAM DAVIS | MA |
| 2:07-cv-64007-ER | CORA D'INDIA | MA |
| 2:07-cv-64007-ER | DAVID D'INDIA | MA |
| 2:07-cv-64007-ER | LORNA D'INDIA | MA |
| 2:07-cv-64007-ER | SALVATORE LAMATTINA | MA |
| 2:07-cv-64007-ER | KATHLEEN LAMATTINA | MA |
| 2:07-cv-64007-ER | MICHAEL D'INDIA | MA |
| 2:07-cv-64007-ER | ADAM VISCONTE | MA |
| 2:07-cv-64007-ER | LORRANE VISCONTE | MA |
| 2:07-cv-64007-ER | STEPHANIE VISCONTE | MA |
| 2:07-cv-64008-ER | JOYCE POOLE | MA |
| 2:07-cv-64008-ER | BRADFORD POOLE | MA |
| 2:07-cv-64008-ER | TRACY PATTURELLI | MA |
| 2:07-cv-64008-ER | ROCCO MAGLIONE | MA |
| 2:07-cv-64008-ER | NANCY PATTURELLI | MA |
| 2:07-cv-64008-ER | EVELYN COANGELI | MA |
| 2:07-cv-64008-ER | ERNEST PATTURELLI | MA |
| 2:07-cv-64008-ER | RITA MAGLIONE | MA |
| 2:07-cv-64008-ER | GEORGE COANGELI | MA |
| 2:07-cv-64009-ER | JOHN COLOMBO | MA |
| 2:07-cv-64009-ER | BERNARD LOUGHLIN | MA |
| 2:07-cv-64009-ER | MARIE SWEENEY | MA |
| 2:07-cv-64009-ER | JOHN SWEENEY | MA |
| 2:07-cv-64009-ER | EMILY COLOMBO | MA |
| 2:07-cv-64009-ER | HELEN LOUGHLIN | MA |
| 2:07-cv-64009-ER | MARIANNA MANLEY | MA |
| 2:07-cv-64009-ER | JOHN MANLEY | MA |
| 2:07-cv-64009-ER | CHARLES BECOVSKY | MA |
| 2:07-cv-64009-ER | IDA BECOVSKY | MA |
| 2:07-cv-64010-ER | DONALD LEVY | MA |
| 2:07-cv-64010-ER | JOAN LEVY | MA |

| | | |
|---|---|---|
| 2:07-cv-64010-ER | HARRY MOY | MA |
| 2:07-cv-64010-ER | LUCY MOY | MA |
| 2:07-cv-64010-ER | CHARLES ZIMMER | MA |
| 2:07-cv-64010-ER | ROBERT NORTON | MA |
| 2:07-cv-64010-ER | PATRICIA NORTON | MA |
| 2:07-cv-64010-ER | EILEEN ZIMMER | MA |
| 2:07-cv-64010-ER | EDWARD BOREN | MA |
| 2:07-cv-64010-ER | PHYLLIS BOREN | MA |
| 2:07-cv-64011-ER | JON JACOBSEN | MA |
| 2:07-cv-64011-ER | PRISCILLA FELT | MA |
| 2:07-cv-64011-ER | KENNETH FELT | MA |
| 2:07-cv-64011-ER | LEO LEPAGE | MA |
| 2:07-cv-64011-ER | JEFFREY LEPAGE | MA |
| 2:07-cv-64011-ER | LEO LEPAGE | MA |
| 2:07-cv-64011-ER | HELEN JACOBSEN | MA |
| 2:07-cv-64012-ER | HELEN SULLIVAN | MA |
| 2:07-cv-64012-ER | VINCENT SULLIVAN | MA |
| 2:07-cv-64013-ER | MARY GREEN | MA |
| 2:07-cv-64013-ER | JAMES GREEN | MA |
| 2:07-cv-64014-ER | LOUIS CAMERIO | MA |
| 2:07-cv-64014-ER | MURIEL FEINSTEIN | MA |
| 2:07-cv-64014-ER | VICTORIA FOX | MA |
| 2:07-cv-64014-ER | AGNES AIMOLA | MA |
| 2:07-cv-64014-ER | LYDIA CAMERIO | MA |
| 2:07-cv-64014-ER | ROANNA FORMAN | MA |
| 2:07-cv-64015-ER | BERTRUM ABBER | MA |
| 2:07-cv-64016-ER | CHARLES GAVONI | MA |
| 2:07-cv-64017-ER | JESSIE COSTA | MA |
| 2:07-cv-64017-ER | RUTH COSTA | MA |
| 2:07-cv-64018-ER | RALPH ROSSI | MA |
| 2:07-cv-64018-ER | ETHEL ROSSI | MA |
| 2:07-cv-64018-ER | GRACE MERIANO | MA |
| 2:07-cv-64018-ER | LOUIS MERIANO | MA |
| 2:07-cv-64019-ER | CLAIRE KATZ | MA |
| 2:07-cv-64019-ER | GEORGE KATZ | MA |
| 2:07-cv-64020-ER | ALICE BALDINELLI | MA |
| 2:07-cv-64020-ER | ALBERT BALDINELLI | MA |
| 2:07-cv-64021-ER | ELEANOR GILL | MA |
| 2:07-cv-64021-ER | GLENN GILL | MA |
| 2:07-cv-64022-ER | NATHAN KATZ | MA |
| 2:07-cv-64022-ER | GILDA KATZ | MA |
| 2:07-cv-64023-ER | DONALD OUTRAM | MA |
| 2:07-cv-64024-ER | JAMES ROURKE | MA |
| 2:07-cv-64024-ER | WENDY ROURKE | MA |
| 2:07-cv-64024-ER | NANCY ROURKE | MA |
| 2:07-cv-64024-ER | JAMES ROURKE | MA |
| 2:07-cv-67326-ER | LUCIA LEGAZ | CT |
| 2:07-cv-67431-ER | THOMAS ROBERTSON | CT |
| 2:07-cv-67432-ER | DONALD FILOSI | CT |
| 2:07-cv-67437-ER | EXEC. DOLORES WINANS | CT |
| 2:07-cv-67437-ER | JOSEPHINE MONGILLO | CT |
| 2:07-cv-67438-ER | DOLORES ENRIGHT | CT |

| | | |
|---|---|---|
| 2:07-cv-67439-ER | DENNIS CLARK | CT |
| 2:07-cv-67441-ER | Estate of JAMES C. LAMB | CT |
| 2:07-cv-67443-ER | LORETTA PYRDOL | CT |
| 2:07-cv-67446-ER | FRANK PELLICANE | CT |
| 2:07-cv-67446-ER | ANN PELLICANE | CT |
| 2:07-cv-67430-ER | MARGARET JOHNSON | VT |